NUMBER 13-04-480-CV

 

                         COURT OF APPEALS

 

               THIRTEENTH DISTRICT OF TEXAS

 

                  CORPUS CHRISTI - EDINBURG

 

 

 

RICARDO BARRERA, M.D.,                                        Appellant,

 

                                           v.

 

ISELA RICO AND MANUEL RICO, 

INDIVIDUALLY AND AS
PARENTS AND 

NEXT FRIENDS OF GLORIA RICO, A MINOR,                Appellees.

 

 

 

                  On appeal from the 206th
District Court

                           of Hidalgo
 County, Texas.

 

 

 

            DISSENTING MEMORANDUM OPINION

 

                Before Justices Yañez,
Castillo, and Garza

          Dissenting Memorandum Opinion by
Justice Castillo

 








I respectfully
dissent.  This appeal stems from the
denial of two motions to dismiss and for sanctions alleging failure to comply
with the statutory requirements to provide adequate expert reports.  Tex.
Rev. Civ. Stat. Ann. art. 4590i _ 13.01 (Vernon Supp.
2002) (recodified as Tex. Civ. Prac.
& Rem. Code Ann. _ 74.351 (Vernon Supp.
2004-05)).  I agree that the orders
denying the motions to dismiss and for sanctions were interlocutory when
denied.  However, because the case is a
pre-amendment case, interlocutory appeal was unavailable.  See
Tex. Civ. Prac. & Rem. Code Ann. _ 51.014(a)(9) (Vernon
Supp. 2004-05).  I would hold that the
orders became final and appealable when the trial court dismissed the case
without prejudice. Respectfully, I conclude that we have jurisdiction.     

 

ERRLINDA CASTILLO

Justice

 

Dissenting Memorandum
Opinion delivered 

and filed this 21st day of July, 2005.